# EXHIBIT C

KING, TILDEN, McETTRICK & BRINK, P.C.
Attorneys at Law

**Hugh C.M. Brady**
Shareholder
Admitted to Massachusetts & New York
hbrady@ktmpc.com

350 Granite Street, Suite 2204, Braintree, MA 02184
TEL 617.770.2214   FAX 617.774.1714

January 8, 2025

**VIA FIRST CLASS MAIL**
Four Square Physical Therapy, P.C.
c/o Business Filings Inc.
187 Wolf Road
Suite 101
Albany, NY 12205

Re:   Allstate Insurance Company, *et al.* v. Jonathan S. Landow, M.D., *et al.*
      U.S.D.C. for the Eastern District of New York
      Civil Action No.: 1:24-cv-02010
      Our File No.: 1021-9868

To Whom It May Concern:

My office represents the Plaintiffs, Allstate Insurance Company and its affiliates in this matter. Please accept this letter in connection with the subpoena *duces tecum* served by Allstate Insurance Company and its affiliates ("Allstate") upon Four Square Physical Therapy, P.C. c/o Business Filing Inc. ("Four Square") in the above-referenced matter. A copy of the subpoena is enclosed for your convenience.

The response deadline for the subpoena was November 21, 2024, but Four Square has not yet produced any responsive documents. If electing to object in lieu of compliance, Four Square was required to serve Allstate with a written objection "before the earlier of the time specified for compliance [i.e., November 21, 2024] or 14 days after the subpoena was served." *See* Fed. R. Civ. P. 45(d)(2)(B). Four Square did not serve a timely written objection, so the requested documents must be produced without further delay.

Allstate is committed to reducing the burden imposed by the subpoena, and will take reasonable steps to accommodate Four Square's needs in responding. Please contact me upon receipt of this letter to discuss Four Square's subpoena response. You can reach me directly at (617) 770-2214 or by email at hbrady@ktmpc.com.

Thank you for your time and cooperation. I look forward to speaking with you soon.

Sincerely,

*/s/ Hugh C.M. Brady*

Hugh C.M. Brady
Counsel for the Plaintiffs

Enclosures