UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>JONATHAN S. LANDOW, M.D., *et al.*,<br><br>Defendants. | C.A. No. 1:24-cv-02010-DLI-JRC |

# [~~PROPOSED~~] ORDER REGARDING PLAINTIFFS' OMNIBUS MOTION TO COMPEL

On December 9, 2025, this Court heard arguments regarding Plaintiffs, Allstate Insurance Company, Allstate Indemnity Company, Allstate Property & Casualty Insurance Company, and Allstate Fire & Casualty Insurance Company (collectively, "Plaintiffs" or "Allstate")'s Omnibus Motion to Compel non-parties (ECF No. 122). After considering Plaintiffs' Motion, and the oral arguments of the parties, this Court **ORDERS** as follows:

Plaintiffs' Motion to Compel Discovery Responses in relation to the following non-parties (ECF No. 122) is hereby **GRANTED**, and the following non-parties are **ORDERED** to produce, on or before **December 24, 2025**, the responsive documentation requested by Allstate:

    a. 406 Medical, P.C.

    b. Abohussein PT, P.C.

    c. Anni Chiropractic, P.C.

    d. AR Rehab PT, P.C.

    e. Best Care & Wellness Group LLC

    f. Body Alignment Physical Therapy, P.C.

1

g. Bronx County Medical Care, P.C.

h. Church Ave Physical Therapy, P.C.

i. Corona Family Chiropractic Care, P.C.

j. David Israel, M.D.

k. Glenridge Chiropractic, P.C.

l. Gordon C. Davis Medical, P.C.

m. Grand Associates Realty, Inc.

n. Ibrahim Abdelfatah, P.T.

o. Jackson Heights Total Chiropractic, P.C.

p. JCS Chiropractic, P.C.

q. Liberty Rhea Ranada Ebarle PT, P.C.

r. Lincoln Ave Physical Therapy, P.C.

s. MD Care Now, P.C.

t. Medical Solution NP Corp.

u. Michael Banay Physical Therapy, P.C.

v. NYC Community Medical Care, P.C.

w. NYC Rehab PT P.C.

x. NYC Southern Blvd Medical, P.C.

y. Physio Development PT, P.C.

z. Physio Rehab PT, P.C.

aa. Primavera Physical Therapy, P.C.

bb. Radius PT P.C.

cc. S.A. P.T. P.C.

    dd. Scarborough Chiropractic, P.C.

    ee. SP Physical Therapy, P.C.

    ff. Spinal Zone Chiropractic, P.C.

    gg. Youssef PT, P.C.

It is so **ORDERED**.

SIGNED on this __10th__ day of __December 10_____, 2025.

                                        s/ James R. Cho

                                        James R. Cho, United States Magistrate Judge