UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>JONATHAN S. LANDOW, M.D., *et al.*,<br><br>Defendants. | C.A. No. 1:24-cv-02010-DLI-JRC |

**[~~PROPOSED~~] ORDER REGARDING
PLAINTIFFS' OMNIBUS MOTION TO COMPEL**

On August 4, 2026, this Court heard arguments regarding Plaintiffs, Allstate Insurance Company, Allstate Indemnity Company, Allstate Property & Casualty Insurance Company, and Allstate Fire & Casualty Insurance Company (collectively, "Plaintiffs" or "Allstate")'s Omnibus Motion to Compel non-parties (ECF No. 187). After considering Plaintiffs' Motion, and the oral arguments of the parties, this Court **ORDERS** as follows:

Plaintiffs' Motion to Compel Discovery Responses in relation to the following non-parties (ECF No. 187) is hereby **GRANTED**, and the following non-parties are **ORDERED** to produce, within **twenty-one (21 days) of the entry of this Order** (*i.e.*, by 8/25/26), the responsive documentation requested by Allstate:

    a.  1220 E New York Ave Realty Corp.;

    b.  Active United Care PT PLLC;

    c.  Advanced Chiropractic Care, P.C.;

    d.  Blessed Hands Chiropractic, P.C.;

    e.  Brighton Rehab PT P.C.;

f.  CH Physical Therapy, P.C.;

g.  Christopher Durant, M.D.;

h.  Conrad Cean, M.D.;

i.  David Dynof, M.D.;

j.  Dodgeram Inc.;

k.  Erkin Khusenov;

l.  Feida Medical & Acupuncture, P.C.;

m.  Frank Zhan Best PT P.C.;

n.  Friends Pharmacy, Inc.;

o.  Hope Physical Therapy, P.C.;

p.  Jordan Fersel, M.D.;

q.  Kendra Glover, P.A.;

r.  Lawrence Kamhi, M.D.;

s.  Queens Spine Chiropractic, P.C.;

t.  Rockaway Complete Chiropractic, P.C.;

u.  Sheepshead Bay Rehab PT P.C.;

v.  Summerfield Physical Therapy, P.C.;

w.  Sunrise Chiropractic, P.C.;

x.  Taraz Turbo LLC; and,

y.  Terri Norden, M.D.

Plaintiffs are further ORDERED to file an affirmation of service of this Order on the above-named non-parties within three (3) days of the entry of this Order.

It is so **ORDERED**.

SIGNED on this 4th day of August, 2026.

s/ James R. Cho

James R. Cho, United States Magistrate Judge