KING TILDEN MCETTRICK

KING, TILDEN, MCETTRICK & BRINK, P.C.
Attorneys at Law

**Hugh C.M. Brady, Esq.**
Attorney
Admitted in Massachusetts, New York,
EDNY, SDNY, DMass, WDTX, EDWI & EDMI
hbrady@ktmpc.com

350 Granite Street, Suite 2204, Braintree, MA 02184
TEL 617.770.2214 FAX 617.774.1714

August 6, 2026

**VIA ECF**
The Honorable James R. Cho
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Allstate Insurance Company v. Landow, et al.
C.A. No. 1:24-cv-02010-DLI-JRC (E.D.N.Y.)
**Status Report**

Dear Magistrate Judge Cho:

King, Tilden, McEttrick & Brink, P.C. represents the Plaintiffs, Allstate Insurance Company, Allstate Indemnity Company, Allstate Property & Casualty Insurance Company, and Allstate Fire and Casualty Insurance Company (collectively, "Allstate" or "Plaintiffs"), in the above-captioned matter.

As discussed at a hearing before this Honorable Court on August 4, 2026, Allstate remains unaware of which third-party witnesses are represented by prior counsel for the Landow Defendants. As of October 8, 2025, former counsel, Harfenist Kraut & Perlstein, LLP indicated that they represented the following providers and non-parties:

- Matthew Ajin, PA;
- Mario Leon, PA;
- Amira Nasser, PA;
- Trishanna Yankannah, PA;
- Su Yeon Jeon, NP;
- Shamsher Pardaev;
- Valeria Quintana;
- Eric Kenworthy, M.D.;
- Scott Lyons, PA;
- Berkowitz Pollack & Brant Advisors and CPAs;
- DesignCore Company, LLC;
- GreenBills, LLC;
- Stadium Capital Four LLC;
- Carbon Capital Management, LLC;
- CS Accounting LLC; and

- Dynamic Legal Funding Med I LLC.

Since that time, counsel for Landow has changed and Allstate does not have clarity regarding, which of the above-referenced parties are still represented by Harfenist Kraut & Perlstein, LLP. Allstate has endeavored to determine the answer to these issues, but has not been able to confirm the same with prior counsel. Whereby, Allstate respectfully requests that this Honorable Court issue an Order that Harfenist Kraut & Perlstein, LLP file a response to this letter on or before August 14, 2026 identifying which of the above-referenced non-parties they currently represent in this matter, if any.

Should Your Honor have any questions, please do not hesitate to contact the undersigned. Thank you for your time and attention to this matter.

Respectfully submitted,

*/s/ Hugh C.M. Brady, Esq.*

Hugh C.M. Brady, Esq.
Counsel for Allstate