**J.B. HARRIS, ESQ.**
10 Aragon Avenue, Suite 1403 · Coral Gables, Florida 33134
Tel: (786) 303-8333 · jbharrisesq@gmail.com · Florida Bar No. 495034

September 18, 2026

**VIA ECF**

Hon. James R. Cho
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** ***Allstate Insurance Company, et al. v. Landow, M.D., et al.*, No. 1:24-cv-02010 (DLI)(JRC); Motion to Withdraw as Counsel for Non-Party Fortress Health Ltd. [ECF No. 244]; Apology for Non-Appearance at the September 18, 2026 Telephonic Hearing**

Dear Judge Cho:

I write to apologize to the Court, to Chambers, and to counsel who appeared, for my failure to appear at this morning's telephonic hearing on my motion for leave to withdraw as counsel for non-party Fortress Health Ltd. ("Fortress"). The fault is entirely my own. I am sorry for the inconvenience to the Court and for the time of appearing counsel that my absence wasted.

***The calendaring error.*** The Court's August 21, 2026 Scheduling Order set the telephone motion hearing for 10:00 a.m. today. Inexplicably, I calendared it for 3:00 p.m. There is no excuse for the error, and I do not offer one. I fully intended to participate: I had prepared for the hearing, and I had advised Florida counsel for Dr. Landow of my intention to appear. I did not learn of my mistake until the Court's minute entry issued this morning.

***Why the Court's efforts to reach me were unsuccessful.*** I understand from the minute entry that Chambers attempted to contact me by telephone and by e-mail to remind me to join the conference. I offer the following by way of explanation only. First, I was away from my office at a previously scheduled medical appointment during the late morning. Second, my mobile telephone automatically screens and blocks calls from numbers not in my contacts as suspected spam, and I believe the Court's call was diverted in that manner without ever ringing through. I have since added the Chambers number, (718) 613-2110, and the dial-in information to my contacts and to my calendar. Third, following the termination of my engagement I no longer have access to the e-mail account I used while serving as counsel to Fortress and its affiliated entities. I do continue to receive ECF notices at jbharrisesq@gmail.com, which is my address of record in this case, and I will monitor that address and the docket daily.

***Context for the pending motion.*** So that the Court has the background, my engagement was terminated effective August 20, 2026, and compensation I earned remains unpaid. On August 28, 2026 I filed suit to recover it in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida — *Harris v. Landow, M.D., et al.*, Case No. 2026-017617-CA-01 (24) — in an amount exceeding $69,000, against Dr. Landow individually and against Atlantic Medical & Diagnostic, P.C., Fortress Health Ltd, Contact Medical Supply LLC, and Quantum Compliance, LLC, all of whom I was retained as General Counsel to represent. I am filing contemporaneously a short supplement to ECF No. 244, attaching the complaint, which sets out that action as an independent ground for the relief sought there. Separately, and of greater consequence to the motion, I was asked to undertake a course of conduct that I concluded I could not carry out consistent with my obligations under the applicable rules of professional conduct. I have described that circumstance only in general terms here and in the complaint, so as to avoid disclosing client confidences on the public record. Should the particulars assist the Court in resolving the motion, I respectfully request leave to submit them *ex parte* and *in camera*.

***Assurance to the Court.*** The Court may rest assured that I will participate in the continued telephonic hearing on October 9, 2026 at 11:00 a.m., and that I will dial in well in advance of the scheduled time. I will also serve a copy of today's Order on Fortress Health Ltd. and file proof of service on ECF on or before September 25, 2026, as the Court has directed, and I will advise Fortress that its representative is required to participate in the October 9 hearing.

I apologize again to the Court for my absence this morning, and I thank Your Honor for the Court's patience and consideration.

Respectfully submitted,

***/s/ J.B. Harris***

**J.B. Harris, Esq.**
Florida Bar No. 495034
Admitted Pro Hac Vice
10 Aragon Avenue, Suite 1403
Coral Gables, Florida 33134
(786) 303-8333
jbharrisesq@gmail.com

cc: All counsel of record (via ECF)