KING TILDEN MCETTRICK

KING, TILDEN, MCETTRICK & BRINK, P.C.
Attorneys at Law

**Nathan A. Tilden**
Shareholder
Admitted to Massachusetts, Rhode Island, Pennsylvania, New York, Michigan, and Connecticut Federal Court
ntilden@ktmpc.com

350 Granite Street, Suite 2204, Braintree, MA 02184
TEL 617.770.2214 FAX 617.774.1714

October 5, 2026

**VIA ECF**
The Honorable James R. Cho
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Allstate Insurance Company v. Landow, et al.
C.A. No. 1:24-cv-02010-DLI-JRC (E.D.N.Y.)
**Update re: Settlement Discussions and Request to Adjourn**

Dear Magistrate Judge Cho:

King, Tilden, McEttrick & Brink, P.C. represents the Plaintiffs, Allstate Insurance Company, Allstate Indemnity Company, Allstate Property & Casualty Insurance Company, and Allstate Fire and Casualty Insurance Company (collectively, "Allstate" or "Plaintiffs"), in the above-captioned matter.

Allstate and Defendants, Jonathan S. Landow, M.D, Vivianne Eitenne, M.D., Atlantic Medical & Diagnostic, P.C., and Macintosh Medical, P.C. (together, the "Parties"), have reached an agreement in principle. The Parties require an additional 30 days to finalize the paperwork. Given the posture of the Parties' settlement discussions, the Parties agree that it would be reasonable to adjourn the upcoming telephonic conference at this time. The Plaintiffs respectfully request that the telephonic conference regarding the Motion to Amend, currently scheduled for October 9, 2026, at 11:00 a.m., be adjourned. In addition, the Parties respectfully request an extension of time to complete fact discovery. The current control date deadline is October 9, 2026, ordered by your Honor at the August 4, 2026 hearing.

This request does not affect the pending claims against Defendants, Roman Matatov, Uriyel Mirzakandov, and Ruben Levy. However, resolution with the Landow defendants may narrow the issues remaining before the Court. Counsel for the GTPC Defendants consent to the Motion to Amend hearing adjournment request.

Plaintiffs further attach hereto supplemental authority regarding the Motion to Amend, attached as Exhibit A (*USAA et al. v. Landow M.D. et al.*, 1:24-cv-03471).

Should Your Honor have any questions, please do not hesitate to contact the undersigned. Thank you for your time and attention to this matter.

[SIGNATURE PAGE FOLLOWS]

KING TILDEN MCETTRICK

Respectfully submitted,

*/s/ Nathan A. Tilden, Esq.*

Nathan A. Tilden, Esq.
Counsel for Allstate