Gmail

J.B. Harris <jbharrisesq@gmail.com>

# Notice of Service of Docket Order [258] on Motion to Adjourn Conference, Allstate, et al. v. Landow, et al., Case No: 1:24-cv-02010-DLI-JRC (EDNY)

1 message

**J.B. Harris** <jbharrisesq@gmail.com> Mon, Oct 5, 2026 at 6:36 PM
To: j.landow@atlanticmdpc.com
Cc: Alexandra <awolff@garfunkelwild.com>, Justin <jvogel@garfunkelwild.com>, Steven <sfrankel@garfunkelwild.com>, Michael Hoffman <mhoffman@lessnehoffman.law>

See attached.

--

**J.B. Harris, P.A.**
**Ten Aragon Ave., Ste. 1403**
**Coral Gables, FL 33134**
**(786) 303-8333**
**jbharrisesq@gmail.com**

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

---

**Gmail - Activity in Case 1_24-cv-02010-DLI-JRC Allstate Insurance Company et al v. Landow, M.D. et al Order on Motion to Adjourn Conference.pdf**
94K